■ WILLIE SCOTT, Respondent, v UNIVERSITY OF ROCHESTER et al., Defendants. PIKE COMPANY et al., Third-Party Plaintiffs-Respondents, v RUFFIN's A-1 CONTRACTING, INC., et al., Third-Party Defendants-Appellants. UNIVERSITY OF ROCHESTER, Third-Party Plaintiff-Respondent, v RUFFIN's A-1 CONTRACT-ING, INC., Third-Party Defendant-Appellant. [689 NYS2d 924] —Order and judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, Calvaruso, J. (Appeals from Order and Judgment of Supreme Court, Monroe County, Calvaruso, J.—Summary Judgment.) Present—Denman, P. J., Green, Pine, Lawton and Hurlbutt, JJ.